IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RYAN SWINK, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO: 4:2016cv01092 |
| § | |
| UBER TECHNOLOGIES, INC. § | |
| AND TRAVIS KALANICK, § | |
| § | |
| *Defendants*. § | |

## NOTICE OF NON-SUIT WITHOUT PREJUDICE

Pursuant to FRCP 162, Plaintiff Ryan Swink hereby gives notice of non-suit without prejudice, as to both Defendants, Uber Technologies, Inc. and Travis Kalanick.

Date:   July 25, 2016

Respectfully submitted,

JONES, GILLASPIA & LOYD, L.L.P.

*/s/ John Bruster Loyd*
John Bruster Loyd
State Bar No. 24009032
4400 Post Oak Parkway Suite 2360
Houston, Texas 77027
TEL:  713.225.9000
FAX:  713.225.6126
bruse@jgl-law.com

ATTORNEY-IN-CHARGE
 FOR PLAINTIFF

NOTICE OF NONSUIT            1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 25th day of July 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, in accordance with the Federal Rules of Civil Procedure.

    /s/ John Bruster Loyd

    John Bruster Loyd