United States District Court
Southern District of Texas
**ENTERED**
July 25, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RYAN SWINK, § § Plaintiff, § VS. § UBER TECHNOLOGIES, INC., *et al*, § § Defendants. § | CIVIL ACTION NO. 4:16-CV-1092 |

# ORDER

Plaintiff has filed a notice of non-suit without prejudice. (Doc. No. 6.) In accordance with that notice, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the complaint has been **DISMISSED WITHOUT PREJUDICE**. Accordingly, the clerk is directed to close the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 25th day of July, 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE